| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) HOPKINS, VIRGINIA E. | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 04/21/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address 619 HUGO L. BLACK COURTHOUSE 1729 5TH AVENUE N BIRMINGHAM, AL 35203 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☐ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST #1 (UNFUNDED) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☑ NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/21/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/21/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH - WELLS FARGO BANK ACCOUNT | | None | K | T | | | | | |
| 2. YUM BRANDS COMMON | A | Dividend | | | Distributed | 12/17/15 | J | | See Section VIII Addl Inf |
| 3. CASH - LEGACY CREDIT UNION ACCOUNT | | None | K | T | | | | | |
| 4. CASH - MORGAN STANLEY SMITH BARNEY ACCOUNT | A | Interest | J | T | | | | | |
| 5. CASH - MORGAN STANLEY LIQUID ASSETS FUND CLASS 2 ACCOUNT | A | Dividend | L | T | | | | | |
| 6. ACTAVIS INC COM | | None | | | Sold (part) | 04/01/15 | J | A | |
| 7. | | | | | Sold | 06/05/15 | J | A | |
| 8. ACUITY BRANDS INC | | None | K | T | Buy | 10/15/15 | K | | |
| 9. ALIBABA GROUP HLDG LTD | | None | | | Sold | 02/25/15 | J | A | |
| 10. ALLERGAN PLC SHS | | None | L | T | Buy | 06/15/15 | L | | |
| 11. AMERICAN CENTURY EQUITY INCOME | A | Dividend | | | Sold | 06/05/15 | J | A | See Section VIII Addl Inf |
| 12. AMERICAN TOWER REIT COM | A | Dividend | | | Buy | 01/23/15 | K | | |
| 13. | | | | | Sold (part) | 04/01/15 | J | A | |
| 14. | | | | | Sold | 05/26/15 | K | A | |
| 15. APPLE INC | A | Dividend | K | T | Sold (part) | 06/05/15 | J | A | |
| 16. AVAGO TECH | A | Dividend | K | T | Buy | 11/03/15 | K | | |
| 17. BIOGEN INC COM | | None | | | Sold (part) | 04/01/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/05/15 | J | A | |
| 19. | | | | | Sold (part) | 07/24/15 | J | A | |
| 20. | | | | | Sold | 10/09/15 | J | A | |
| 21. CDN PACIFIC RY LTD NEW | A | Dividend | | | Sold (part) | 04/01/15 | J | A | |
| 22. | | | | | Sold (part) | 06/05/15 | J | A | |
| 23. | | | | | Sold | 07/20/15 | K | B | |
| 24. COMCAST CORP (NEW) CLASS A | A | Dividend | K | T | Sold (part) | 04/01/15 | J | A | |
| 25. | | | | | Sold (part) | 06/05/15 | J | A | |
| 26. CONSTELLATION BRANDS INC CL A | A | Dividend | L | T | Sold (part) | 04/01/15 | J | A | See Section VIII Addl Inf |
| 27. | | | | | Sold (part) | 06/05/15 | J | A | |
| 28. CVS HEALTH CORP COM | A | Dividend | K | T | Buy | 08/24/15 | K | | |
| 29. EDWARD LIFESCIENCES CORP | | None | | | Buy (add'l) | 01/26/15 | J | | |
| 30. | | | | | Sold (part) | 04/01/15 | J | A | |
| 31. | | | | | Sold (part) | 06/05/15 | J | A | |
| 32. | | | | | Sold | 11/03/15 | K | D | |
| 33. EOG RESOURCES INC | A | Dividend | | | Sold | 01/16/15 | K | D | |
| 34. | | | | | Buy | 10/09/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/28/15 | J | A | |
| 36. EQUIFAX INC | A | Dividend | K | T | Buy | 10/27/15 | K | | |
| 37. FACEBOOK INC CL-A | | None | K | T | Sold (part) | 06/05/15 | J | A | |
| 38. FISERV INC WISCONSIN | | None | K | T | Sold (part) | 06/05/15 | J | A | |
| 39. FLEETCOR TECHNOLOGIES | | None | K | T | Sold (part) | 04/01/15 | J | A | |
| 40. | | | | | Sold (part) | 06/05/15 | J | A | |
| 41. GILEAD SCIENCE | A | Dividend | K | T | Buy | 01/30/15 | K | | |
| 42. | | | | | Buy (add'l) | 02/23/15 | J | | |
| 43. | | | | | Sold (part) | 04/01/15 | J | A | |
| 44. | | | | | Sold (part) | 06/05/15 | J | A | |
| 45. HANESBRANDS INC | A | Dividend | | | Sold (part) | 06/05/15 | J | A | |
| 46. | | | | | Sold (part) | 06/25/15 | J | B | |
| 47. | | | | | Sold | 08/24/15 | K | A | |
| 48. HCA HOLDINGS INC | | None | | | Buy | 05/26/15 | K | | |
| 49. | | | | | Sold (part) | 06/05/15 | J | A | |
| 50. | | | | | Sold | 10/15/15 | K | A | |
| 51. ISHARES 3-7 YR TREASURY BD ETF | B | Dividend | L | T | Sold (part) | 06/05/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES BARCLAYS 1-3 YR TSY BD | A | Dividend | L | T | Sold (part) | 04/01/15 | J | A | |
| 53. | | | | | Sold (part) | 06/05/15 | J | A | |
| 54. ISHARES CORE U.S. AGGREGATE | B | Dividend | L | T | Sold (part) | 04/01/15 | J | A | See Section VIII Addl Inf |
| 55. | | | | | Sold (part) | 06/05/15 | J | A | |
| 56. L BRANDS INC COM | A | Dividend | | | Buy | 02/25/15 | J | | |
| 57. | | | | | Sold (part) | 04/01/15 | J | A | |
| 58. | | | | | Sold (part) | 06/05/15 | J | A | |
| 59. | | | | | Sold | 06/19/15 | J | A | |
| 60. MARRIOTT INTL INC NEW CL A | A | Dividend | | | Sold (part) | 04/01/15 | J | A | |
| 61. | | | | | Sold (part) | 06/05/15 | J | A | |
| 62. | | | | | Sold | 07/01/15 | K | C | |
| 63. MASTERCARD INC CL A | A | Dividend | K | T | Buy | 07/01/15 | K | | |
| 64. MCKESSON CORP | A | Dividend | | | Sold (part) | 04/01/15 | J | A | |
| 65. | | | | | Sold (part) | 06/05/15 | J | A | |
| 66. | | | | | Sold | 08/25/15 | K | C | |
| 67. METROPOLITAN WEST TOT RET BD I | A | Dividend | | | Sold | 06/05/15 | K | A | |
| 68. MOHAWK INDUSTRIES INC | | None | K | T | Buy | 10/26/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 70. NIKE INC B | | None | J | T | Buy | 10/28/15 | J | | |
| 71. NORWEGIAN CRUISE LINE HLDS INC | | None | K | T | Buy | 07/20/15 | K | | |
| 72. NXP SEMICONDUCTORS NV | | None | | | Sold (part) | 04/01/15 | J | A | |
| 73. | | | | | Sold (part) | 06/05/15 | J | A | |
| 74. | | | | | Sold | 11/03/15 | K | D | |
| 75. PALO ALTO NETWORKS INC | | None | K | T | Buy | 02/11/15 | K | | |
| 76. | | | | | Sold (part) | 04/01/15 | J | A | |
| 77. | | | | | Sold (part) | 06/05/15 | J | A | |
| 78. SCHLUMBERGER LTD | A | Dividend | | | | | | | See Section VIII Addl Inf |
| 79. SKYWORKS SOLUTIONS INC | A | Dividend | L | T | Sold (part) | 04/01/15 | J | A | See Section VIII Addl Inf |
| 80. | | | | | Sold (part) | 06/05/15 | J | A | |
| 81. SPDR BARCLAYS CAPPITAL TIPS | A | Dividend | L | T | Sold (part) | 04/01/15 | J | A | |
| 82. | | | | | Sold (part) | 06/05/15 | J | A | |
| 83. STARBUCKS CORP WASHINGTON | A | Dividend | L | T | Sold (part) | 04/01/15 | J | A | |
| 84. | | | | | Sold (part) | 06/05/15 | J | A | |
| 85. THERMO FISHER SCIENTIFIC | A | Dividend | L | T | | | | | See Section VIII Addl Inf |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ULTA SALON COS &FRAGR | | None | K | T | Buy | 06/19/15 | J | | |
| 87. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 88. | | | | | Buy (add'l) | 10/23/15 | K | | |
| 89. UNDER ARMOUR INC CL A | | None | K | T | Buy (add'l) | 02/26/15 | J | | |
| 90. | | | | | Sold (part) | 04/01/15 | J | A | |
| 91. | | | | | Sold (part) | 06/05/15 | J | A | |
| 92. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 93. UNITED RENTALS | | None | | | Sold | 01/23/15 | K | A | |
| 94. UNITEDHEALTH GP INC | A | Dividend | K | T | Buy | 11/03/15 | K | | |
| 95. WALT DISNEY CO HLDG CO | A | Dividend | K | T | Sold (part) | 06/05/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/21/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE IRREVOCABLE INSURANCE TRUST #1 REPORTED IN PART I, LINE I IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS."

SECTION VII, LINE 2 - YUM BRANDS COMMON - THIS INVESTMENT WAS HELD FOR THE BENEFIT OF THE REPORTING PERSON'S CHILD UNDER THE ALABAMA UNFORM TRANSFERS TO MINORS ACT. THE ENTIRE OWNERSHIP WAS TRANSFERRED FROM THE CUSTODIAN TO THE BENEFICIARY ON DECEMBER 17, 2015. NO GAIN OR LOSS WAS RECOGNIZED AS A RESULT OF THE DISTRIBUTION.

SECTION VII, LINE 11 - AMERICAN CENTURY EQUITY INCOME - THE DIFFERENCE IN HOLDING VALUE CODE REPORTED IN COLUMN C IS PURELY DUE TO DECREASES IN THE MARKET VALUE OF THIS INVESTMENT. THERE ARE NO DISPOSITIONS TO REPORT.

SECTION VII, LINE 35 - CONSTELLATION BRANDS INC CL A - THE DIFFERENCE IN HOLDING VALUE CODE REPORTED IN COLUMN C IS PURELY DUE TO INCREASES IN THE MARKET VALUE OF THIS INVESTMENT. THERE ARE NO FURTHER ADDITIONS TO REPORT.

SECTION VII, LINE 54 - ISHARES CORE U.S. AGGREGATE - THIS SECURITY WAS FORMERLY NAMED ISHARES BARCLAYS AGG.BD.FD.

SECTION VII, LINE 77 - SCHLUMBERGER LTD - THE SECURITY WAS DISPOSED OF IN IT'S ENTIRETY IN THE PREVIOUS YEAR. HOWEVER, THE REPORTING PERSON RECEIVED A DIVIDED IN THE CURRENT YEAR BASED ON OWNERSHIP OF THE SECURITY ON THE DIVIDEND DECLARATION DATE.

SECTION VII, LINE 78 - SKYWORKS SOLUTIONS INC - THE DIFFERENCE IN HOLDING VALUE CODE REPORTED IN COLUMN C IS PURELY DUE TO INCREASES IN THE MARKET VALUE OF THIS INVESSTMENT. THERE ARE NO FURTHER ADDITIONS TO REPORT.

SECTION VII, LINE 84 - THERMO FISHER SCIENTIFIC INC - THE DIFFERENCE IN HOLDING VALUE CODE REPORTED IN COLUMN C IS PURELY DUE TO INCREASES IN THE MARKET VALUE OF THIS INVESTMENT. THERE ARE NO FURTHER ADDITIONS TO REPORT.

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/21/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VIRGINIA E. HOPKINS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544